Nouri E. HAKIM, Plaintiff–Appellant,

v.

CANNON AVENT GROUP, PLC, Cannon Rubber Limited and Avent America, Inc., Defendants–Appellees.

No. 05–1398.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2005.

Jonell M. KLUTE, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3258.

United States Court of Appeals, Federal Circuit.

Nov. 17, 2005.

*ORDER*

Upon consideration of Jonell M. Klute's motion to voluntarily dismiss his petition for review, MSPB no. SF831E030568–I–1,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

*ORDER*

Upon consideration of Nouri E. Hakim's unopposed motion to reinstate his appeal and this court's Oct. 3, 2005 order,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated.

(2) Cannon Avent Group et al.'s brief is due within 40 days of the date of filing of this order.